AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>KAY, KATHLEEN | 2. Court or Organization<br><br>WESTERN DISTRICT OF LOUISIANA | 3. Date of Report<br><br>05/29/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE FULL TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>U. S. COURTHOUSE<br>611 BROAD STREET SUITE 209<br>LAKE CHARLES, LA 70601 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 05/29/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HALLIBURTON 401 K BLENDED FUND INV 2020 RETIREMENT INVESTMENT 2020 R | D | Int./Div. | K | T | Distributed (part) | 08/17/17 | J | B | |
| 2. HALLIBURTON 401K BOND INV STABLE VALUE STR | E | Int./Div. | O | T | Distributed (part) | 08/17/17 | K | C | |
| 3. RENTAL PROPERTY #1 LAKE CHARLES, LA (appraised 2008) | D | Rent | L | Q | | | | | |
| 4. FIRST NATIONAL BANK ACCOUNTS | A | Int./Div. | J | T | | | | | |
| 5. NORTHWESTERN MUTUAL WHOLE LIFE INS POLICIES | | None | K | T | | | | | |
| 6. FIDELITY CORE (X) | A | Interest | J | T | | | | | |
| 7. ISHARES SILVER | | None | | | Sold | 10/16/17 | J | A | |
| 8. BLACKBERRY LTD NPV | | None | | | Sold | 01/30/17 | J | A | |
| 9. HALLIBURTON COMMON | A | Dividend | J | T | Sold (part) | 01/06/17 | J | B | |
| 10. | | | | | Sold (part) | 05/05/17 | J | B | |
| 11. | | | | | Sold (part) | 11/14/17 | J | A | |
| 12. OMEGA HEALTHCARE | | None | J | T | Buy | 11/28/17 | J | | |
| 13. VALEANT PHARMACEUTICALS | | None | | | Buy (add'l) | 03/17/17 | J | | |
| 14. | | | | | Sold (part) | 03/30/17 | J | A | |
| 15. | | | | | Sold (part) | 05/12/17 | J | A | |
| 16. | | | | | Sold | 05/30/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. FIDELITY IRS ROLLOVER LADDER CAP CORP CL A | B | Dividend | K | T | Buy (add'l) | 01/27/17 | J | | |
| 18. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 19. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 20. | | | | | Sold (part) | 06/16/17 | J | A | |
| 21. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 22. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 23. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 24. | | | | | Sold (part) | 12/26/17 | J | A | |
| 25. FIDELITY IRA ROLLOVER OAKTREE CAP GROUP LLC | A | Dividend | | | Sold | 03/10/17 | J | A | |
| 26. FIDELITY IRA ROLLOVER MEDICAL PPTYS TR INC | A | Dividend | J | T | Buy | 07/21/17 | J | | |
| 27. FIDELITY IRA ROLLOVER BLACKBERRY LTC | | None | J | T | Buy | 06/28/17 | J | | |
| 28. FIDELITY IRA ROLLOVER ABERDEEN ASIA PACIFIC | A | Dividend | J | T | Buy | 02/14/17 | J | | |
| 29. FIDELITY IRA ROLLOVER OAKTREE STRATEGIC INC | A | Dividend | J | T | Buy | 02/14/17 | J | | |
| 30. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 31. | | | | | Sold (part) | 07/19/17 | J | A | |
| 32. FIDELITY IRA ROLLOVER NEW SR INVT GROUP | A | Dividend | | | Buy | 07/10/17 | J | | |
| 33. | | | | | Buy (add'l) | 09/18/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | | | | | Sold | 10/05/17 | J | A | |
| 35. FIDELITY IRA ROLLOVER FACEBOOK PUT | | None | | | Buy | 09/18/17 | J | | |
| 36. | | | | | Sold | 11/17/17 | J | A | |
| 37. FIDELITY IRA ROLLOVER CHICAGO BRIDGE PUT | | None | J | T | Buy | 11/29/17 | J | | |
| 38. FIDELITY IRA ROLLOVER TESLA INC. PUT | | None | | | Buy | 09/18/17 | J | | |
| 39. | | | | | Sold | 10/13/17 | J | A | |
| 40. FIDELITY IRA ROLLOVER PIMCO DYN CR MRT | A | Dividend | J | T | Buy | 11/07/17 | J | | |
| 41. FIDELITY IRA ROLLOVER MACQUARIE INFRAST CORP | A | Dividend | J | T | Buy | 02/14/17 | J | | |
| 42. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 43. FIDELITY IRA ROLLOVER 3M COMPANY | A | Dividend | | | Sold | 03/03/17 | K | B | |
| 44. FIDELITY IRA ROLLOVER HALLIBURTON CO | A | Dividend | J | T | Buy | 01/12/17 | J | | |
| 45. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 46. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 47. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 48. | | | | | Sold (part) | 10/31/17 | J | A | |
| 49. FIDELITY IRA ROLLOVER ASPEN AEROGELS INC | | None | J | T | Buy (add'l) | 03/01/17 | J | | |
| 50. | | | | | Sold (part) | 05/12/17 | J | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 06/14/17 | J | A | |
| 52. | | | | | Sold (part) | 07/10/17 | J | A | |
| 53. | | | | | Sold (part) | 08/03/17 | J | A | |
| 54. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 55. | | | | | Sold (part) | 11/06/17 | J | A | |
| 56. | | | | | Sold (part) | 11/08/17 | J | A | |
| 57. FIDELITY IRA ROLLOVER BLACKSTONE MORT TRU | A | Dividend | J | T | Buy | 03/01/17 | J | | |
| 58. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 59. FIDELITY IRA ROLLOVER OMEGA HEALTHCARE INVS | A | Dividend | J | T | Buy | 03/13/17 | J | | |
| 60. FIDELITY IRA ROLLOVER VALEANT PHARMACEUTICALS | | None | J | T | Sold (part) | 04/27/17 | J | A | |
| 61. | | | | | Sold (part) | 06/13/17 | J | A | |
| 62. FIDELITY IRA ROLLOVER CONSOLIDATED EDISON HLDG CO | A | Dividend | | | Sold | 03/13/17 | J | A | |
| 63. FIDELITY IRA ROLLOVER CHATHAM LODGING TR COM | A | Dividend | J | T | Buy (add'l) | 05/22/17 | J | | |
| 64. | | | | | Sold (part) | 10/25/17 | J | A | |
| 65. FIDELITY IRA ROLLOVER COHEN & STEERS INFRASTRUCTURE | A | Dividend | | | Sold | 09/27/17 | J | A | |
| 66. FIDELITY IRA ROLLOVER COLONY NORTHSTAR INC | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 67. | | | | | Buy (add'l) | 10/18/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 69. FIDELITY IRA ROLLOVER BROOKFIELD REAL ASSETS | A | Dividend | J | T | Buy | 10/05/17 | J | | |
| 70. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 71. FIDELITY IRA ROLLOVER DOUBLELINE INCOME SOLUTIONS | A | Dividend | J | T | | | | | |
| 72. FIDELITY IRA ROLLOVER SONIC | A | Dividend | J | T | Buy (add'l) | 07/25/17 | J | | |
| 73. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 74. | | | | | Sold (part) | 10/26/17 | J | A | |
| 75. FIDELITY IRA ROLLOVER US BANK | A | Int./Div. | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 1 and 2    These are employer managed retirement funds

# FINANCIAL DISCLOSURE REPORT

Page 10 of 10

Name of Person Reporting

KAY, KATHLEEN

Date of Report

05/29/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KATHLEEN KAY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544